CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 22 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BRIAN C. JONES, SR., ) | Civil Action No. 7:06CV00532 |
| Petitioner, ) | |
| ) | **FINAL ORDER** |
| v. ) | ~~MEMORANDUM OPINION~~ |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the above-referenced civil action, construed by the court as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court. Any pending motions are **DENIED** as **MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 22nd day of September, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge